

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. James Allen Thaemert DEFENDANT(S). | CASE NUMBER 2:24-CR-570-WLH ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __10/4/2024__, ____, at __3:00__ ☐ a.m. / ☑ p.m. before the Honorable __J. Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __10/2/2024__

U.S. District Judge/Magistrate Judge